# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

Joshua William Porch, Petitioner.

Appellate Case No. 2016-002146

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Richland County
Alison Renee Lee, Trial Court Judge

---

Opinion No. 27809
Heard May 23, 2018 – Filed May 30, 2018

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

Matthew A. Abee, William C. Wood Jr., Michael J. Anzelmo, and Caroline Delores Gimenez, all of Nelson Mullins Riley & Scarborough, LLP, and Chief Appellate Defender Robert Michael Dudek, all of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy Attorney General Melody Jane Brown, Senior Assistant Attorney General J. Anthony Mabry, Senior Assistant Attorney W. Edgar Salter III, and Solicitor Daniel Edward Johnson, all of Columbia, for Respondent.

---

**PER CURIAM:** We granted Joshua William Porch's petition for a writ of certiorari to review the court of appeals' decision to affirm his murder conviction. *See State v. Porch*, 417 S.C. 619, 790 S.E.2d 440 (Ct. App. 2016). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, Acting Chief Justice, HEARN, FEW, JAMES, JJ., and Acting Justice James E. Lockemy, concur.**